**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431 (MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141)
*Elich, et al. V. Bayer Corporation, et al.* (Case No. 02-0434)

**NOTICE OF CHANGE OF ADDRESS**

**FRANTZ TOWNSEND & FOLDENAUER,** co-counsel for plaintiffs, hereby advises the Court and all parties in this matter that as of September 15, 2006, the address of the firm will be:

**FRANTZ TOWNSEND & FOLDENAUER, LLP**
**600 West Broadway, Suite 1200**
**San Diego, CA 92101**
**(619) 233-5945**

Please use this new address on all pleadings, correspondence and other documents when communicating with the firm.

Dated: September 15, 2006

Respectfully submitted,

Jim Frantz
FRANTZ, TOWNSEND & FOLDENAUER LLP
600 West Broadway, 12th Floor
San Diego, CA 92101

**CERTIFICATE OF SERVICE**

I, Tracy D. Rezvani, certify that a true and correct copy of the foregoing Notice of Change of Address was electronically served on September 15, 2006.

Tracy Rezvani