**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431(MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS:

*Kofsky, et al. v. Bayer Corporation, et al.* (Case No. 02-1041)
*Elich, et al. v. Bayer Corporation, et al.* (Case No. 02-0434)

**NOTICE OF APPEARANCE OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT the undersigned counsel, PATRICK N. KEEGAN, hereby notices his appearance as co-counsel for plaintiffs LOREN KOFSKY and JOSEPH ELICH, in the above-referenced case.

Dated: November 1, 2006

Patrick N. Keegan, Esq.
KEEGAN, MACALUSO & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Tel: (858) 552-6750
Fax: (858) 552-6749

Date: November 10, 2006

Tracy Rezvani

Tracy D. Rezvani
FINKELSTEIN THOMPSON & LOUGHRAN
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

*In Re: Baycol Products Liability* *MDL No. 1431 (MJD/JGL)*

**Certificate of Service**

I, Sandra Irwin, certify that a true and correct copy of the foregoing "Notice of Appearance of Counsel" was electronically filed on November 10, 2006.

Sandra Irwin