# Exhibit I

# BAYCOL™

## (cerivastatin sodium tablets)

PZ500041

9/97

### DESCRIPTION

Cerivastatin sodium is sodium [S-[R*,S*-(E)]]-7-[4-(4-fluorophenyl)-5-methoxymethyl)-2,6bis(1-methylethyl)-3-pyridinyl]-3,5-dihydroxy-6-heptenoate. The empirical formula for cerivastatin sodium is $C_{26}H_{33}FNO_5Na$ and its molecular weight is 481.5. It has the following chemical structure:



Cerivastatin sodium is a white to off-white hygroscopic amorphous powder that is soluble in water, methanol, and ethanol, and very slightly soluble in acetone.

Cerivastatin sodium is an entirely synthetic, enantiomerically pure inhibitor of 3-hydroxy-3-methylglutaryl-coenzyme A (HMG-CoA) reductase. HMG-CoA reductase catalyzes the conversion of HMG-CoA to mevalonate, which is an early and rate-limiting step in the biosynthesis of cholesterol.

BAYCOL™ (cerivastatin sodium tablets) is supplied as tablets containing 0.2 or 0.3 mg of cerivastatin sodium, for oral administration. Active Ingredient: cerivastatin sodium. Inactive Ingredients: mannitol, magnesium stearate, sodium hydroxide, crospovidone, povidone, iron oxide yellow, methylhydroxypropylcellulose, polyethylene glycol, and titanium dioxide.

### CLINICAL PHARMACOLOGY

Cholesterol and triglycerides circulate as part of lipoprotein complexes throughout the bloodstream. These complexes can be separated via ultracentrifugation into high-density lipoprotein (HDL) intermediate-density lipoprotein (IDL), low-density lipoprotein (LDL) and very-low-density lipoprotein (VLDL) fractions. In the liver, cholesterol and triglycerides (TG) are synthesized, incorporated into VLDL, and released into the plasma for delivery to peripheral tissues.

A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), LDL-C, and apolipoprotein B (apo-B, a membrane complex for LDL-C) promote human atherosclerosis. Similarly, decreased levels of HDL-C (and its transport complex, apolipoprotein A) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C and LDL-C and inversely with the level of HDL-C.

In patients with hypercholesterolemia, BAYCOL™ (cerivastatin sodium tablets) has been shown to reduce plasma total cholesterol, LDL-C and apolipoprotein B [illegible] also reduces plasma [illegible] and increases plasma HDL-C. The agent has no consistent effect on plasma Lp(a). The effect of BAYCOL™ on cardiovascular morbidity and mortality has not been determined.

**Mechanism of Action**: Cerivastatin is a competitive inhibitor of HMG-CoA reductase, which is responsible for the conversion of 3-hydroxy-3-methyl-glutaryl-coenzyme A (HMG-CoA) to mevalonate, a precursor of sterols, including cholesterol. The inhibition of cholesterol biosynthesis by cerivastatin reduces the level of cholesterol in hepatic cells, which stimulates the synthesis of LDL receptors, thereby increasing the uptake of cellular LDL particles. The end result of these biochemical processes is a reduction of the plasma cholesterol concentration.

**Pharmacokinetics: Absorption**

BAYCOL™ (cerivastatin sodium tablets) is administered orally in the active form. The mean absolute bioavailability of cerivastatin following a 0.2-mg tablet oral dose is 60% (range 39 - 101% ). In general, the coefficient of variation (based on the inter-subject variability) for both systemic exposure (area under the curve, AUC) and $C_{max}$ is in the 20% to 40% range. The bioavailability of cerivastatin sodium tablets is equivalent to that of a solution of cerivastatin sodium. No unchanged cerivastatin is excreted in feces. Cerivastatin exhibits linear kinetics over the dose range of 0.05 to 0.3 mg daily. Mean maximum concentrations ($C_{max}$) following evening cerivastatin tablet doses of 0.05, 0.1, 0.2, and 0.3 mg are 0.6, 1.3, 2.4, and 3.8 µg/L, respectively. AUC values are also dose-proportional over this dose range and the mean time to maximum concentration ($t_{max}$) is approximately 2.5 hours for all dose strengths. Following oral administration, the terminal elimination half-life ($t_{1/2}$) for cerivastatin is 2 to 3 hours. Steady-state plasma concentrations show no evidence of cerivastatin accumulation following administration of up to 0.40 mg daily.

Results from an overnight pharmacokinetic evaluation following single-dose administration of cerivastatin with the evening meal or 4 hours after the evening meal showed that administration of cerivastatin with the evening meal did not significantly alter either AUC or $C_{max}$ compared to dosing the drug 4 hours after the evening meal. In patients given 0.2 mg cerivastatin sodium once daily for 4 weeks, either at mealtime or at bedtime, there were no differences in the lipid-lowering effects of cerivastatin. Both regimens of 0.2 mg once daily were slightly more efficacious than 0.1 mg twice daily.

**Distribution:** The volume of distribution ($VD_{SS}$) is calculated to be 0.3 L/kg. More than 99% of the circulating drug is bound to plasma proteins (80% to albumin). Binding is reversible and independent of drug concentration up to 100 mg/L.

**Metabolism:** Biotransformation pathways for cerivastatin in humans include the following: demethylation of the benzylic methyl ether to form M1 and hydroxylation of the methyl group in the 6'-isopropyl moiety to form M23. The combination of both reactions leads to formation of metabolite M24. The major circulating blood components are cerivastatin and the pharmacologically active M1 and M23 metabolites. The relative potencies of metabolites M1 and M23 are approximately 50% and 80% of the parent compound, respectively. Following a 0.3-mg dose of cerivastatin to 6 healthy volunteers, mean $C_{max}$ values for cerivastatin, M1, and M23 were 3.0, 0.2, and 0.5 µg/L, respectively. Therefore, the cholesterol-lowering effect is due primarily to the parent compound, cerivastatin.

**Excretion:** Cerivastatin itself is not found in either urine or feces; M1 and M23 are the major metabolites excreted by these routes. Following an oral dose of 0.4 mg $^{14}C$-cerivastatin to healthy volunteers, excretion of radioactivity is about 24% in the urine and 70% in the feces. The parent compound, cerivastatin, accounts for less than 2% of the total radioactivity excreted. The plasma clearance for cerivastatin in humans after intravenous dosing is 12 to 13 liters per hour.

SPECIAL POPULATIONS

Geriatric: Plasma concentrations of cerivastatin are similar in healthy elderly male subjects (>65 years) and in young males (<40 years).

Gender: Plasma concentrations of cerivastatin in females are slightly higher than in males (approximately 12% higher for $C_{max}$ and 16% higher for AUC)

Pediatric: Cerivastatin pharmacokinetics have not been studied in pediatric patients.

Race: Cerivastatin pharmacokinetics were compared across studies in Caucasian, Japanese and Black subjects. **No significant differences in AUC, $C_{max}$, $t_{max}$ and $t_{1/2}$ were found.**

**Renal:** **Steady-state plasma concentrations of cerivastatin are similar in healthy volunteers ($Cl_{cr}$>90 mL/min/1.73m²) and in patients with mild renal impairment ($Cl_{cr}$ 61-90 mL/min/1.73m²). In patients with** moderate ($Cl_{cr}$ 31-60 mL/min/1.73m²) or severe ($Cl_{cr}$ ≤30 mL/min/1.73m²) renal impairment. AUC is up to 60% higher, $C_{max}$ up to 23% higher and $t_{1/2}$ up to 47% longer compared to subjects with normal renal function.

Hemodialysis: While studies have not been conducted in patients with end-stage renal disease, hemodialysis is not expected to significantly enhance clearance of cerivastatin since the drug is extensively bound to plasma proteins.

Hepatic: Cerivastatin has not been studied in patients with active liver disease (see CONTRAINDICATIONS). Caution should be exercised when BAYCOL™ (cerivastatin sodium tablets) is administered to patients with a history of liver disease or heavy alcohol ingestion (see WARNINGS).

**Clinical Studies**: BAYCOL™ (cerivastatin sodium tablets) has been studied in controlled trials in North America, Europe, Israel and South Africa and has been shown to be effective in reducing plasma total cholesterol (Total-C) and LDL cholesterol (LDL-C) in heterozygous familial and non-familial forms of hypercholesterolemia and in mixed hyperlipidemia. Over 2,800 patients with Type IIa and IIb hypercholesterolemia were treated in trials of 4 to 104 weeks duration. In a 24-week, randomized, double-blind, placebo-controlled US trial in 934 patients with primary hypercholesterolemia, BAYCOL™ (cerivastatin sodium tablets) 0.05 to 0.3 mg once daily produced dose-related reductions in plasma LDL-C and Total-C. Significant reductions in mean total-C and LDL-C were evident after one week, peaked at four weeks, and were maintained for the duration of the trial. Reductions in plasma triglycerides (TG) and increases in HDL-C were also observed. The results from this study in patients treated with the marketed doses of cerivastatin are summarized in Table 1.

**Table 1**

**Response in Patients with Primary Hypercholesterolemia**
**Mean Percent Change from Baseline after 24 Weeks**

| Dosage | n | Total-C | LDL-C | HDL-C | TG | Apo-B |
|---|---|---|---|---|---|---|
| Placebo | 137* | · 1.7 | : 1.8 | · 3.1 | · 1.1 | · 3.2 |
| BAYCOL™ | | | | | | |
| 0.2 mg qd** | 143† | 17.4 | 25.3 | · 10.4 | 10.7 | 18.7 |
| 0.3 mg qd** | 135‡ | 19.4 | 28.2 | · 10.3 | 12.7 | 20.5 |

* 137 patients were evaluated for all parameters except LDL-C which had 136 patients.

† 143 patients were evaluated for Total-C, HDL-C and TG. For LDL-C and Apo-B there were 140 and 141 patients evaluated, respectively.

‡ 135 patients were evaluated for all parameters except LDL-C which had 134 patients.

** qd = once daily

In a separate dose-scheduling study, BAYCOL™ (cerivastatin sodium tablets) was given as either a 0.2-mg dose once daily with dinner or at bedtime or as a 0.1-mg dose twice daily (morning and evening). Mean LDL-C reduction in response to BAYCOL™ dosed once with dinner or at bedtime was about 4% greater than the mean reduction in response to twice daily (divided) dosing ($p<0.05$).

### INDICATIONS AND USAGE

Therapy with lipid-altering drugs should be a component of multiple risk factor intervention in those patients at significantly high risk for atherosclerotic vascular disease due to hypercholesterolemia. BAYCOL™ (cerivastatin sodium tablets) is indicated as an adjunct to diet for the reduction of elevated total and LDL cholesterol levels in patients with primary hypercholesterolemia and mixed dyslipidemia (Fredrickson Types IIa and IIb) when the response to dietary restriction of saturated fat and cholesterol and other non-pharmacological measures alone has been inadequate.

Before considering therapy with lipid-altering agents, secondary causes of hypercholesterolemia, e.g., poorly controlled diabetes mellitus, hypothyroidism, nephrotic syndrome, dysproteinemias, obstructive liver disease, other drug therapy, alcoholism, should be excluded and a lipid profile performed to measure Total-C, HDL-C, and triglycerides (TG). For patients with TG less than 400 mg/dL, LDL-C can be estimated using the following equation:

LDL-C = [Total-C] minus [HDL-C + TG/5]

For TG levels > 400 mg/dL, this equation is less accurate and LDL-C concentrations should be directly measured by preparative ultracentrifugation. In many hypertriglyceridemic patients, LDL-C may be low or normal despite elevated Total-C. In such cases, BAYCOL™ (cerivastatin sodium tablets) is not indicated.

Lipid determinations should be performed at intervals of no less than four weeks.

The National Cholesterol Education Program (NCEP) Treatment Guidelines are summarized in Table 2.

**Table 2**

**National Cholesterol Education Program (NCEP) Treatment Guidelines**

**LDL-Cholesterol mg/dL (mmol/L)**

| Definite Atherosclerotic Disease* | Two or More Other Risk Factors** | Initiation Level*** | Goal |
|---|---|---|---|
| NO | NO | ≥ 190 (≥ 4.9) | < 160 (<4.1) |
| NO | YES | ≥ 160 (≥ 4.1) | < 130 (<3.4) |
| YES | YES or NO | ≥ 130 (≥ 3.4) | < 100 (<2.6) |

* Coronary heart disease or peripheral vascular disease (including symptomatic carotid artery disease)

** Other risk factors for coronary heart disease (CHD) include the following: age (males: ≥ 45 years; females: ≥ 55 years or premature menopause without estrogen replacement therapy); family history of premature CHD; current cigarette smoking; [illegible] HDL-C < 35 mg/dL (< 0.91 mmol/L); and diabetes mellitus. Subtract one risk factor if HDL-C is ≥ 60 mg/dL (≥ 1.6 mmol/L).

*** In CHD patients with LDL-C levels 100-129 mg/dL, the physician should exercise clinical judgement in deciding whether to initiate drug treatment.

At the time of hospitalization for an acute coronary event, consideration can be given to initiating drug therapy at discharge if the LDL-C level is ≥ 130 mg/dL (NCEP-ATP II).

Since the goal of treatment is to lower LDL-C, the NCEP recommends that LDL-C levels be used to initiate and assess treatment response. Only if LDL-C levels are not available, should the Total-C be used to monitor therapy.

Although BAYCOL™ may be useful to reduce elevated LDL-cholesterol levels in patients with combined hypercholesterolemia and hypertriglyceridemia where hypercholesterolemia is the major abnormality (Type IIb hyperlipoproteinemia), it has not been studied in conditions where the major abnormality is elevation of chylomicrons, VLDL, or IDL (i.e., hyperlipoproteinemia types I, III, IV, or V).

### CONTRAINDICATIONS

Active liver disease or unexplained persistent elevations of serum transaminases (see **WARNINGS**).

Pregnancy and lactation: Atherosclerosis is a chronic process, and the discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Moreover, cholesterol and other products of the cholesterol biosynthesis pathway are essential components for fetal development, including synthesis of steroids and cell membranes. Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. **Cerivastatin sodium should be administered to women of child-bearing age only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** If the patient becomes pregnant while taking this drug, cerivastatin sodium should be discontinued and the patient should be apprised of the potential hazard to the fetus.

Hypersensitivity to any component of this medication.

### WARNINGS

***Liver Enzymes:*** HMG-CoA reductase inhibitors have been associated with biochemical abnormalities of liver function. Persistent increases of serum transaminase (ALT, AST) values to more than 3 times the upper limit of normal (occurring on two or more not necessarily sequential occasions) have been reported in less than 1.0% of patients treated with cerivastatin sodium in the US over an average period of 11 months. Most of these abnormalities occurred within the first 6 weeks of treatment, resolved after discontinuation of the drug, and were not associated with cholestasis. In most cases, these biochemical abnormalities were asymptomatic.

**It is recommended that liver function tests be performed before the initiation of treatment, at 6 and 12 weeks after initiation of therapy or elevation in dose, and periodically thereafter, e.g., semiannually.** Patients who develop increased transaminase levels should be monitored with a second liver function evaluation to confirm the finding and be followed thereafter with frequent liver function tests until the abnormality(ies) return to normal. Should an increase in AST or ALT of three times the upper limit of normal or greater persist, withdrawal of cerivastatin sodium therapy is recommended.

Active liver disease or unexplained transaminase elevations are contraindications to the use of BAYCOL™ (cerivastatin sodium tablets) (see **CONTRAINDICATIONS**). Caution should be exercised when cerivastatin sodium is administered to patients with a history of liver disease or heavy alcohol ingestion (see **CLINICAL PHARMACOLOGY: Pharmacokinetics/Metabolism**). Such patients should be started at the low end of the recommended dosing range and closely monitored.

***Skeletal Muscle:*** **Rare cases of rhabdomyolysis with acute renal failure secondary to myoglobinuria have been reported with other HMG-CoA reductase inhibitors.** Myopathy, defined as muscle aching or muscle weakness, associated with increases in plasma creatine kinase (CK) values to greater than 10 times the upper limit of normal, was rare (<0.2%) in U.S. cerivastatin clinical trials. Myopathy should be considered in any patient with diffuse myalgias, muscle tenderness or weakness, and/or marked elevation of CK. Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. BAYCOL™ (cerivastatin sodium tablets) therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. **BAYCOL™ (cerivastatin sodium tablets) should be temporarily withheld in any patient experiencing an acute or serious condition predisposing to the development of renal failure secondary to rhabdomyolysis, e.g., sepsis; hypotension; major surgery; trauma; severe metabolic, endocrine or electrolyte disorders; or uncontrolled epilepsy.**

The risk of myopathy during treatment with other HMG-CoA reductase inhibitors is increased with concurrent administration of cyclosporine, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of niacin.

Uncomplicated myalgia has been observed infrequently in patients treated with cerivastatin sodium at rates that could not be distinguished from placebo.

The use of fibrates alone occasionally may be associated with myopathy. The combined use of HMG-CoA inhibitors and fibrates generally should be avoided.

### PRECAUTIONS

**General:** Before instituting therapy with BAYCOL™ (cerivastatin sodium tablets), an attempt should be made to control hypercholesterolemia with appropriate diet, exercise, weight reduction in obese patients, and treatment of underlying medical problems (see INDICATIONS AND USAGE).

Cerivastatin sodium may elevate creatine kinase and transaminase levels (see ADVERSE REACTIONS). This should be considered in the differential diagnosis of chest pain in a patient on therapy with cerivastatin sodium.

**Homozygous Familial Hypercholesterolemia**: Cerivastatin sodium has not been evaluated in patients with rare homozygous familial hypercholesterolemia. HMG-CoA reductase inhibitors have been reported to be less effective in these patients because they lack functional LDL receptors.

**Information for Patients**: Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever.

**Drug Interactions**: **Immunosuppressive Drugs, Fibric Acid Derivatives, Niacin (Nicotinic Acid), Erythromycin, Azole Antifungals**: See WARNINGS Skeletal Muscle.

**ANTACID** (Magnesium-Aluminum Hydroxide): Cerivastatin plasma concentrations were not affected by co-administration of antacid.

**CIMETIDINE**: Cerivastatin plasma concentrations were not affected by co-administration of cimetidine.

**CHOLESTYRAMINE**: The influence of the bile-acid-sequestering agent cholestyramine on the pharmacokinetics of cerivastatin

sodium was evaluated in 12 healthy males in 2 separate randomized crossover studies. In the first study, concomitant administration of 0.2 mg cerivastatin sodium and 12 g cholestyramine resulted in decreases of more than 22% for AUC and 40% for $C_{max}$ when compared to dosing cerivastatin sodium alone. However, in the second study, administration of 12 g cholestyramine 1 hour before the evening meal and 0.3 mg cerivastatin sodium approximately 4 hours after the same evening meal resulted in a decrease in the cerivastatin AUC of less than 8%, and a decrease in $C_{max}$ of about 30% when compared to dosing cerivastatin sodium alone. Therefore, it would be expected that a dosing schedule of cerivastatin sodium given at bedtime and cholestyramine given before the evening meal would not result in a significant decrease in the clinical effect of cerivastatin sodium.

**DIGOXIN:** Plasma digoxin levels and digoxin clearance at steady-state were not affected by co-administration of 0.2 mg cerivastatin sodium. Cerivastatin plasma concentrations were also not affected by co-administration of digoxin.

**WARFARIN:** Co-administration of warfarin and cerivastatin to healthy volunteers did not result in any changes in prothrombin time or clotting factor VII when compared to co-administration of warfarin and placebo. The AUC and $C_{max}$ of both the (R) and (S) isomers of warfarin were unaffected by concurrent dosing of 0.3 mg cerivastatin sodium. Co-administration of warfarin and cerivastatin did not alter the pharmacokinetics of cerivastatin sodium.

**ERYTHROMYCIN:** In hypercholesterolemic patients, steady-state cerivastatin AUC and $C_{max}$ increased approximately 50% and 24% respectively after 10 days with co-administration of erythromycin, a known inhibitor of cytochrome P450 3A4

**OTHER CONCOMITANT THERAPY:** Although specific interaction studies were not performed, in clinical studies, cerivastatin sodium was used concomitantly with angiotensin-converting enzyme (ACE) inhibitors, beta-blockers, calcium-channel blockers, diuretics, and nonsteroidal anti-inflammatory drugs (NSAIDs) without evidence of clinically significant adverse interactions.

**Endocrine Function:** HMG-CoA reductase inhibitors interfere with cholesterol synthesis and lower cholesterol levels and, as such, might theoretically blunt adrenal or gonadal steroid hormone production.

Clinical studies have shown that cerivastatin sodium has no adverse effect on sperm production and does not reduce basal plasma cortisol concentration, impair adrenal reserve or have an adverse effect on thyroid metabolism as assessed by TSH. Results of clinical trials with drugs in this class have been inconsistent with regard to drug effect on basal and reserve steroid levels. The effects of HMG-CoA reductase inhibitors on male fertility have not been studied in adequate numbers of male patients. The effects, if any, on the pituitary-gonadal axis in pre-menopausal women are unknown.

Patients treated with cerivastatin sodium who develop clinical evidence of endocrine dysfunction should be evaluated appropriately. Caution should be exercised if an HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered to patients also receiving other drugs that may decrease the levels or activity of endogenous steroid hormones, e.g., ketoconazole, spironolactone, or cimetidine.

**CNS and other Toxicities:** Chronic administration of cerivastatin to rodent and non-rodent species demonstrated the principal toxicologic targets and effects observed with other HMG-CoA reductase inhibitors: Hemorrhage and edema in multiple organs and tissues including CNS (dogs); cataracts (dogs); degeneration of muscle fibers (dogs, rats, and mice); hyperkeratosis in the nonglandular stomach (rats and mice, this organ has no human equivalent); liver lesions (dogs, rats, and mice).

CNS lesions were characterized by multifocal bleeding with fibrinoid degeneration of vessel walls in the plexus chorioideus of the brain stem and in the ciliary body of the eye at 0.1 mg/kg/day in the dog. This dose resulted in plasma levels of cerivastatin ($C_{max}$), that were about 23 times higher than the mean values in humans taking 0.3 mg/day. No CNS lesions were observed after chronic treatment with cerivastatin for up to two years in the mouse ($C_{max}$ up to 7 times that of humans at 0.3 mg/day) and rat ($C_{max}$ up to 2 times that of humans).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** A 2-year study was conducted in rats at average daily doses of cerivastatin of 0.007, 0.034, or 0.158 mg/kg. The high dosage level corresponded to plasma drug levels (AUC) of approximately 1 - 2 times the mean human plasma drug concentrations after a 0.3-mg oral dose. Tumor incidences of treated rats were comparable to controls in all treatment groups. In a 2-year carcinogenicity study in mice with average daily doses of cerivastatin of 0.4, 1.8, 9.1, or 55 mg/kg hepatocellular adenomas were significantly increased in male and female mice at ≥9.1 mg/kg and hepatocellular carcinomas were significantly increased in male mice at ≥1.8 mg/kg. These doses were in the range of human exposure (dose of 0.3 mg/day).

No evidence of genotoxicity was observed *in vitro* with or without metabolic activation in the following assays: microbial mutagen tests using mutant strains of *S. typhimurium* or *E. coli*, Chinese Hamster Ovary Forward Mutation Assay, Unscheduled DNA Synthesis in rat primary hepatocytes, chromosome aberrations in Chinese Hamster Ovary cells, and spindle inhibition in human lymphocytes. In addition, there was no evidence of genotoxicity *in vivo* in a mouse Micronucleus Test; there was equivocal evidence of mutagenicity in a mouse Dominant Lethal Test.

In a combined male and female rat fertility study, cerivastatin had no adverse effects on fertility or reproductive performance at doses up to 0.1 mg/kg/day, a dose that produced plasma drug levels ($C_{max}$) about 1 - 2 times higher than mean plasma drug levels for humans receiving 0.3 mg cerivastatin/day. At a dose of 0.3 mg/kg/day (plasma $C_{max}$ 4 - 5 times the human level), the length of gestation was marginally prolonged, stillbirths were increased, and the survival rate up to day 4 postpartum was decreased. In the fetuses (F1), a marginal reduction in fetal weight and delay in bone development was observed. In the mating of the F1 generation, there was a reduced number of female rats that littered.

In the testicles of dogs treated chronically with cerivastatin at a dose of 0.008 mg/kg/day (approximately 2 fold the human exposure at doses of 0.3 mg based on $C_{max}$), atrophy, vacuolization of the germinal epithelium, spermatidic giant cells, and focal oligospermia were observed. In another 1-year study in dogs treated with 0.1 mg/kg/day (approximately 23 fold the human exposure at doses of 0.3 mg based on $C_{max}$), ejaculate volume was small and libido was decreased. Semen analysis revealed an increased number of morphologically altered spermatozoa indicating disturbances of epididymal sperm maturation that was reversible when drug administration was discontinued.

**Pregnancy: Pregnancy Category X: (See CONTRAINDICATIONS):** Cerivastatin caused a significant increase in incomplete ossification of the lumbar center of the vertebrae in rats at an oral dose of 0.72 mg/kg. Cerivastatin did not cause any anomalies or malformations in rabbits at oral doses up to 0.75 mg/kg. These doses resulted in plasma levels ($C_{max}$) 6-7 times the human exposure for rats and 3-4 times the human exposure for rabbits (human dose 0.3 mg). Cerivastatin crossed the placenta and was found in fetal liver, gastrointestinal tract, and kidneys when pregnant rats were given a single oral dose of 2 mg/kg.

Safety in pregnant women has not been established. Cerivastatin should be administered to women of child-bearing potential only when such patients are highly unlikely to conceive and have been informed of the potential hazards. Rare reports of congenital anomalies have been received following intrauterine exposure to other HMG-CoA reductase inhibitors. In a review of approximately 100 prospectively followed pregnancies in women exposed to simvastatin or lovastatin, the incidences of congenital anomalies, spontaneous abortions and fetal deaths/stillbirths did not exceed what would be expected in the general population. The number of cases is adequate only to exclude a three- to four-fold increase in congenital anomalies over the background incidence. In 89% of the prospectively followed pregnancies, drug treatment was initiated prior to pregnancy and was discontinued at some point in the first trimester when pregnancy was identified. As safety in pregnant women has not been established and there is no apparent benefit to therapy with BAYCOL™ during pregnancy (see CONTRAINDICATIONS), treatment should be immediately discontinued as soon as pregnancy is recognized. If a women becomes pregnant while taking cerivastatin, the drug should be discontinued and the patient advised again as to potential hazards to the fetus.

**Nursing Mothers:** Based on preclinical data, cerivastatin is present in breast milk in a 1.3:1 ratio (milk:plasma). Because of the potential for serious adverse reactions in nursing infants, nursing women should not take cerivastatin (see CONTRAINDICATIONS).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In clinical pharmacology studies, there were no clinically relevant effects of age on the pharmacokinetics of cerivastatin sodium.

**Renal Insufficiency:** Patients with significant renal impairment ($Cl_{cr}$ < 60 mL/min/1.73m²) have increased AUC (up to 60%) and $C_{max}$ (up to 23%) and should be administered BAYCOL™ with caution.

**Hepatic Insufficiency:** Safety and effectiveness in hepatically impaired patients have not been established. Cerivastatin should be used with caution in patients who have a history of liver disease and/or consume substantial quantities of alcohol (see Contraindications and Warnings).

## ADVERSE REACTIONS

In the U.S. placebo-controlled clinical studies, discontinuations due to adverse events occurred in 3% of cerivastatin sodium treated patients and in 3% of patients treated with placebo. Adverse reactions have usually been mild and transient. Cerivastatin sodium has been evaluated for adverse events in more than 3,000 patients and is generally well-tolerated.

**Clinical Adverse Experiences:** Adverse experiences occurring with a frequency ≥2% for marketed doses of cerivastatin sodium, regardless of causality assessment, in U.S. placebo-controlled clinical studies, are shown in the Table 3 below:

**Table 3**

**Adverse Experiences Occurring in ≥2% of Patients in U.S. Placebo-Controlled Clinical Studies**

| Adverse Event | BAYCOL™ (n = 552) | Placebo (n = 247) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 11.8% | 12.6% |
| Accidental Injury | 7.1% | 6.9% |
| Flu Syndrome | 6.3% | 8.1% |
| Back Pain | 4.0% | 6.1% |
| Abdominal Pain | 3.4% | 3.6% |
| Asthenia | 3.4% | 2.8% |
| Chest Pain | 2.9% | 2.8% |
| Leg Pain | 2.0% | 1.2% |
| **Cardiovascular** | | |
| Peripheral Edema | 2.0% | 1.2% |
| **Digestive** | | |
| Dyspepsia | 5.6% | 4.9% |
| Diarrhea | 4.0% | 3.6% |
| Flatulence | 3.4% | 3.6% |
| Nausea | 2.7% | 3.2% |
| Constipation | 1.8% | 2.0% |
| Surgery | 1.4% | 3.6% |
| **Musculoskeletal** | | |
| Arthralgia | 6.7% | 4.5% |
| Myalgia | 2.7% | 1.2% |
| **Nervous** | | |
| Dizziness | 2.5% | 3.6% |
| Insomnia | 2.2% | 1.2% |
| **Respiratory** | | |
| Rhinitis | 13.2% | 12.1% |
| Pharyngitis | 12.0% | 17.0% |
| Sinusitis | 6.9% | 5.7% |
| Cough Increased | 2.7% | 2.0% |
| **Skin and Appendages** | | |
| Rash | 3.4% | 5.7% |
| **Urogenital** | | |
| Urinary Tract Infection | 1.6% | 2.4% |

The following effects have been reported with drugs in this class.

*Skeletal:* myopathy, muscle cramps, rhabdomyolysis, arthralgias, myalgia.

*Neurological:* dysfunction of certain cranial nerves (including alteration of taste, impairment of extra-ocular movement, facial paresis), tremor, dizziness, memory loss, vertigo, paresthesia, peripheral neuropathy, peripheral nerve palsy, anxiety, insomnia, depression, psychic disturbances.

*Hypersensitivity Reactions:* An apparent hypersensitivity syndrome has been reported rarely that included one or more of the following features: anaphylaxis, angioedema, lupus erythematosus-like syndrome, polymyalgia rheumatica, dermatomyositis, vasculitis, purpura, thrombocytopenia, leukopenia, hemolytic anemia, positive ANA, ESR increase, eosinophilia, arthritis, arthralgia, urticaria, asthenia, photosensitivity, fever, chills, flushing, malaise, dyspnea, toxic epidermal necrolysis, erythema multiforme, including Stevens-Johnson syndrome.

*Gastrointestinal:* pancreatitis, hepatitis, including chronic active hepatitis, cholestatic jaundice, fatty change in liver, and, rarely, cirrhosis, fulminant hepatic necrosis, and hepatoma; anorexia, vomiting.

*Skin:* alopecia, pruritus. A variety of skin changes, e.g., nodules, discoloration, dryness of skin/mucous membranes, changes to hair/nails, have been reported.

*Reproductive:* gynecomastia, loss of libido, erectile dysfunction.

*Eye:* progression of cataracts (lens opacities), ophthalmoplegia.

*Laboratory Abnormalities:* elevated transaminases, alkaline phosphatase, γ-glutamyl transpeptidase, and bilirubin; thyroid function abnormalities.

**Concomitant Therapy:** In studies where cerivastatin sodium has been administered concomitantly with cholestyramine, no adverse reactions unique to this combination or in addition to those previously reported for this class of drugs were reported. Myopathy and rhabdomyolysis (with or without acute renal failure) have been reported when another HMG-CoA reductase inhibitor was used in combination with immunosuppressive drugs, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of nicotinic acid. Concomitant therapy with HMG-CoA reductase inhibitors and these agents is generally not recommended (*See* WARNINGS: *Skeletal Muscle*).

## OVERDOSAGE

The maximum single oral dose of cerivastatin sodium received by healthy volunteers and patients is 0.4 mg.

No specific recommendations concerning the treatment of an overdosage can be made. Should an overdose occur, it should be treated symptomatically and supportive measures should be undertaken as required.

Dialysis of cerivastatin sodium is not expected to significantly enhance clearance since the drug is extensively (99%) bound to plasma proteins.

## DOSAGE AND ADMINISTRATION

The patient should be placed on a standard cholesterol-lowering diet before receiving cerivastatin sodium and should continue on this diet during treatment with cerivastatin sodium. (See NCEP Treatment Guidelines for details on dietary therapy.)

The recommended dose is 0.3 mg once daily in the evening. Cerivastatin sodium may be taken with or without food. The recommended starting dose in patients with significant renal impairment (creatinine clearance ≤60 mL/min/1.73m²) is 0.2 mg once daily in the evening.

Since the maximal effect of cerivastatin sodium is seen within 4 weeks, lipid determinations should be performed at this time.

**Concomitant Therapy:** The lipid-lowering effects on LDL-C and Total-C are additive when cerivastatin sodium is combined with a bile-acid-binding resin. When co-administering cerivastatin sodium and a bile-acid-exchange resin, e.g., cholestyramine, cerivastatin sodium should be given at least 2 hours after the resin (*See also* ADVERSE REACTIONS: *Concomitant Therapy*).

**Dosage in Patients with Renal Insufficiency:** No dose adjustment is necessary for patients with mild renal dysfunction ($Cl_{cr}$ 61-90 mL/min/1.73m²). For patients with moderate or severe renal dysfunction, a starting dose of 0.2 mg is recommended (see CLINICAL PHARMACOLOGY - Special Populations - Renal).

## HOW SUPPLIED

**BAYCOL™ (cerivastatin sodium tablets)** is supplied as 0.2-mg and 0.3-mg tablets. The different tablet strengths can be identified as follows:

| Strength | Color | Markings Front | Markings Back |
|---|---|---|---|
| 0.2 mg | light yellow | 283 | 200 MCG |
| 0.3 mg | yellow brown | 284 | 300 MCG |

**BAYCOL™ (cerivastatin sodium tablets)** is supplied as follows:

Bottles of 100: 0.2 mg (NDC 0026-2883-51)
0.3 mg (NDC 0026-2884-51)

The tablets should be protected from moisture and stored below 77°F (25°C). Dispense in tight containers.

**References:**

[1] **Classification of Hyperlipoproteinemias**

| Type | Lipoproteins Elevated | Lipid Elevations major | Lipid Elevations minor |
|---|---|---|---|
| I (rare) | chylomicrons | TG | ↑→C |
| IIa | LDL | C | – |
| IIb | LDL,VLDL | C | TG |
| III (rare) | IDL | C/TG | – |
| IV | VLDL | TG | ↑→C |
| V (rare) | chylomicrons, VLDL | TG | ↑→C |

C=cholesterol, TG=triglycerides, LDL=low-density lipoprotein,
VLDL= very-low-density lipoprotein, IDL=intermediate-density lipoprotein.

Bayer Corporation
Pharmaceutical Division
400 Morgan Lane
West Haven, CT 06516 USA
Made in Germany

**Caution: Federal (USA) Law prohibits dispensing without a prescription.**

PZ500041 9/97 © 1997 Bayer Corporation 7575 Printed in USA

# BAYCOL®

## (cerivastatin sodium tablets)

PZ500152 12/99

### DESCRIPTION

Cerivastatin sodium is sodium [S-[R*,S*-(E)]]-7-[4-(4-fluorophenyl)-5-methoxymethyl)-2,6bis(1-methylethyl)-3-pyridinyl]-3,5-dihydroxy-6-heptenoate. The empirical formula for cerivastatin sodium is $C_{26}H_{33}FNO_5Na$ and its molecular weight is 481.5. It has the following chemical structure:



Cerivastatin sodium is a white to off-white hygroscopic amorphous powder that is soluble in water, methanol, and ethanol, and very slightly soluble in acetone.

Cerivastatin sodium is an entirely synthetic, enantiomerically pure inhibitor of 3-hydroxy-3-methylglutaryl-coenzyme A (HMG-CoA) reductase. HMG-CoA reductase catalyzes the conversion of HMG-CoA to mevalonate, which is an early and rate-limiting step in the biosynthesis of cholesterol.

BAYCOL® (cerivastatin sodium tablets) is supplied as tablets containing 0.2, 0.3, or 0.4 mg of cerivastatin sodium, for oral administration. Active Ingredient: cerivastatin sodium. Inactive Ingredients: mannitol, magnesium stearate, sodium hydroxide, crospovidone, povidone, iron oxide yellow, methylhydroxypropylcellulose, polyethylene glycol, and titanium dioxide.

### CLINICAL PHARMACOLOGY

Cholesterol and triglycerides circulate as part of lipoprotein complexes throughout the bloodstream. These complexes can be separated via ultracentrifugation into high-density lipoprotein (HDL), intermediate-density lipoprotein (IDL), low-density lipoprotein (LDL) and very-low-density lipoprotein (VLDL) fractions. In the liver, cholesterol and triglycerides (TG) are synthesized, incorporated into VLDL, and released into the plasma for delivery to peripheral tissues.

A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), LDL-C, and apolipoprotein B (apo-B, a membrane complex for LDL-C) promote human atherosclerosis. Similarly, decreased levels of HDL-C (and its transport complex, apolipoprotein A) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C and LDL-C and inversely with the level of HDL-C.

Though frequently found in association with low HDL, elevated plasma triglyceride (TG) has not been established as an independent risk factor for coronary heart disease. The independent effect of raising HDL or lowering TG on the risk of coronary and cardiovascular morbidity and mortality has not been determined.

In patients with hypercholesterolemia, BAYCOL® (cerivastatin sodium tablets) has been shown to reduce plasma total cholesterol, LDL-C, and apolipoprotein B. In addition, it also reduces VLDL-C and plasma triglycerides and increases plasma HDL-C and apolipoprotein A-1. The agent has no consistent effect on plasma Lp(a). The effect of BAYCOL® on cardiovascular morbidity and mortality has not been determined.

**Mechanism of Action:** Cerivastatin is a competitive inhibitor of HMG-CoA reductase, which is responsible for the conversion of 3-hydroxy-3-methyl-glutaryl-coenzyme A (HMG-CoA) to mevalonate, a precursor of sterols, including cholesterol. The inhibition of cholesterol biosynthesis by cerivastatin reduces the level of cholesterol in hepatic cells, which stimulates the synthesis of LDL receptors, thereby increasing the uptake of cellular LDL particles. The end result of these biochemical processes is a reduction of the plasma cholesterol concentration.

**Pharmacokinetics:**

**Absorption:** BAYCOL® (cerivastatin sodium tablets) is administered orally in the active form. The mean absolute bioavailability of cerivastatin following a 0.2-mg tablet oral dose is 60% (range 39 - 101%). In general, the coefficient of variation (based on the inter-subject variability) for both systemic exposure (area under the curve, AUC) and $C_{max}$ is in the 20% to 40% range. The bioavailability of cerivastatin sodium tablets is equivalent to that of a solution of cerivastatin sodium. No unchanged cerivastatin is excreted in feces. Cerivastatin exhibits linear kinetics over the dose range of 0.05 to 0.4 mg daily. Mean maximum concentrations ($C_{max}$) following evening cerivastatin tablet doses of 0.05, 0.1, 0.2, 0.3, and 0.4 mg are 0.6, 1.3, 2.4, 3.8, and 5.5 µg/L, respectively. AUC values are also dose–proportional over this dose range and the mean time to maximum concentration ($t_{max}$) is approximately 2.5 hours for all dose strengths. Following oral administration, the terminal elimination half-life ($t_{1/2}$) for cerivastatin is 2 to 3 hours. Steady-state plasma concentrations show no evidence of cerivastatin accumulation following administration of up to 0.4 mg daily.

Results from an overnight pharmacokinetic evaluation following single-dose administration of cerivastatin with the evening meal or 4 hours after the evening meal showed that administration of cerivastatin with the evening meal did not significantly alter either AUC or $C_{max}$ compared to dosing the drug 4 hours after the evening meal. In patients given 0.2 mg cerivastatin sodium once daily for 4 weeks, either at mealtime or at bedtime, there were no differences in the lipid-lowering effects of cerivastatin. Both regimens of 0.2 mg once daily were slightly more efficacious than 0.1 mg twice daily.

**Distribution:** The volume of distribution ($VD_{ss}$) is calculated to be 0.3 L/kg. More than 99% of the circulating drug is bound to plasma proteins (80% to albumin). Binding is reversible and independent of drug concentration up to 100 mg/L.

**Metabolism:** Biotransformation pathways for cerivastatin in humans include the following: demethylation of the pyridilic methyl ether to form M1 and hydroxylation of the methyl group in the 6'-isopropyl moiety to form M23. The combination of both reactions leads to formation of metabolite M24. The major circulating blood components are cerivastatin and the pharmacologically active M1 and M23 metabolites. The relative potencies of metabolites M1 and M23 are approximately 50% and 100% of the parent compound, respectively. Following a 0.3-mg dose of cerivastatin to 6 healthy volunteers, mean $C_{max}$ values for cerivastatin, M1, and M23 were 3.0, 0.2, and 0.5 µg/L, respectively. Therefore, the cholesterol-lowering effect is due primarily to the parent compound, cerivastatin.

**Excretion:** Cerivastatin itself is not found in either urine or feces; M1 and M23 are the major metabolites excreted by these routes. Following an oral dose of 0.4 mg $^{14}C$-cerivastatin to healthy volunteers, excretion of radioactivity is about 24% in the urine and 70% in the feces. The parent compound, cerivastatin, accounts for less than 2% of the total radioactivity excreted. The plasma clearance for cerivastatin in humans after intravenous dosing is 12 to 13 liters per hour.

*SPECIAL POPULATIONS*

Geriatric: Plasma concentrations of cerivastatin are similar in healthy elderly male subjects (>65 years) and in young males (<40 years).

Gender: Plasma concentrations of cerivastatin in females are slightly higher than in males (approximately 12% higher for $C_{max}$ and 16% higher for AUC)

Pediatric: Cerivastatin pharmacokinetics have not been studied in pediatric patients.

Race: Cerivastatin pharmacokinetics were compared across studies in Caucasian, Japanese and Black subjects. *No significant differences in AUC, $C_{max}$, $t_{max}$, and $t_{1/2}$ were found.*

Renal: Steady-state plasma concentrations of cerivastatin are similar in healthy volunteers ($Cl_{cr}$>90 mL/min/1.73m²) and in patients with mild renal impairment ($Cl_{cr}$ 61-90 mL/min/1.73m²). In patients with moderate ($Cl_{cr}$ 31-60 mL/min/1.73m²) or severe ($Cl_{cr}$ ≤ 30 mL/min/1.73m²) renal impairment, AUC is up to 60% higher, $C_{max}$ up to 23% higher, and $t_{1/2}$ up to 47% longer compared to subjects with normal renal function.

Hemodialysis: While studies have not been conducted in patients with end-stage renal disease, hemodialysis is not expected to significantly enhance clearance of cerivastatin since the drug is extensively bound to plasma proteins.

Hepatic: Cerivastatin has not been studied in patients with active liver disease (See **CONTRAINDICATIONS**). Caution should be exercised when BAYCOL® (cerivastatin sodium tablets) is administered to patients with a history of liver disease or heavy alcohol ingestion (See **WARNINGS**).

**Clinical Studies:** BAYCOL® (cerivastatin sodium tablets) has been studied in controlled trials in North America, Europe, Israel, and South Africa and has been shown to be effective in reducing plasma Total-C, LDL-C, VLDL-C, apo B, and TG and increasing HDL-C and apo A1 in patients with heterozygous familial and non-familial forms of hypercholesterolemia and in mixed dyslipidemia. Over 4,000 patients with Type IIa and IIb hypercholesterolemia were treated in trials of 4 to 104 weeks duration. The effectiveness of BAYCOL® in lowering plasma cholesterol has been shown in men and women, in patients with and without elevated triglycerides, and in the elderly. In three large, multicenter, placebo-controlled dose response studies in patients with primary hypercholesterolemia, BAYCOL® given as a single daily dose over 8 weeks, significantly reduced Total-C, LDL-C, apo B, TG, total cholesterol/HDL cholesterol (Total-C/HDL-C) ratio and LDL cholesterol/HDL cholesterol (LDL-C/HDL-C) ratio. Increases in HDL-C were also observed. Significant reductions in mean total-C and LDL-C were evident after one week, peaked at four weeks, and were maintained for the duration of the trial. (Pooled results are available in Table 1).

**Table 1**

**Response in Patients with Primary Hypercholesterolemia**
**Mean Percent Change from Baseline to Week 8**

| Dosage | n | Total-C | LDL-C | Apo-B | TG[1] | HDL-C | LDL-C/ HDL-C | Total-C/ HDL-C |
|---|---|---|---|---|---|---|---|---|
| Placebo | 427[2] | +1 | +1 | +2 | −1 (−66, 147) | +1 | 0 | +1 |
| BAYCOL® | | | | | | | | |
| 0.2 mg qd* | 151[3] | −18 | −25 | −19 | −16 (−58, 64) | +9 | −31 | −24 |
| 0.3 mg qd* | 497[4] | −22 | −31 | −24 | −16 (−72, 168) | +8 | −35 | −27 |
| 0.4 mg qd* | 571[5] | −24 | −34 | −26 | −16 (−61, 140) | +7 | −38 | −28 |

* qd = once daily

1 - median percent change from baseline (range).
2 - 427 patients were evaluated for all parameters except LDL-C and the ratio LDL-C/HDL-C which had 420 patients.
3 - 151 patients were evaluated for all parameters except Apo-B which had 150 patients.
4 - 497 patients were evaluated for TG and Total-C, 496 for HDL and the ratio Total-C/HDL-C, 495 for Apo-B and 494 for LDL-C and the ratio LDL-C/HDL-C.
5 - 571 patients were evaluated for all parameters except LDL-C, Apo-B and the ratio LDL-C/HDL-C which had 568, 570, and 568 patients respectively.

In a pool of seven studies in patients with hypercholesterolemia and TG levels ranging from 250 mg/dL to 500 mg/dL who were treated for at least eight weeks, the following reductions in TG were observed at Week 8 as shown in Table 2 below:

**Table 2**

**Median (min, max) Percent Change from Baseline to Week 8**
**in Patients with Baseline TG between 250-500 mg/dL**

| | Placebo | BAYCOL® 0.2 mg | BAYCOL® 0.3 mg | BAYCOL® 0.4 mg |
|---|---|---|---|---|
| N | 115 | 129 | 157 | 105 |
| Triglycerides | −3.3 (−66.1, 380.9) | −22.6 (−80.3, 182.9) | −22.4 (−79.8, 50.0) | −29.9 (−64.1, 66.0) |

In a large clinical study, the number of patients meeting their National Cholesterol Education Program-Adult Treatment Panel (NCEP-ATP) II target LDL-C levels on BAYCOL® 0.4 mg daily was assessed. The results up to 24 weeks are shown in Table 3 below:

**Table 3**

**Percent of Patients Reaching NCEP-ATP II Goal**
**Up to 24 Weeks of Treatment with BAYCOL® 0.4 mg**

| NCEP-ATP II Treatment Guidelines | | | Baseline LDL-C | | Patients Reaching Target Up to 24 Weeks |
|---|---|---|---|---|---|
| Risk Factors For CHD | Baseline LDL-C (mg/dL) | Target LDL-C (mg/dL) | Mean (mg/dL) | Patients (n) | Percent |
| < 2 risk factors | ≥ 190 | < 160 | 219 | 87 | 71% |
| ≥ 2 risk factors | ≥ 160 | < 130 | 196 | 137 | 64% |
| CHD | ≥ 130 | ≤ 100 | 176 | 69 | 29% |

### INDICATIONS AND USAGE

BAYCOL® (cerivastatin sodium tablets) is indicated as an adjunct to diet for the reduction of elevated Total-C, LDL-C, apo B, and TG levels in patients with primary hypercholesterolemia and mixed dyslipidemia (Fredrickson Types IIa and IIb) when the response to dietary restriction of saturated fat and cholesterol and other non-pharmacological measures alone has been inadequate. Therapy with lipid-altering drugs should be a component of multiple risk factor intervention in those patients at significantly high risk for atherosclerotic vascular disease due to hypercholesterolemia.

Before considering therapy with lipid-altering agents, secondary causes of hypercholesterolemia, e.g., poorly controlled diabetes mellitus, hypothyroidism, nephrotic syndrome, dysproteinemias, obstructive liver disease, other drug therapy, alcoholism, should be excluded and a lipid profile performed to measure Total-C, HDL-C, and triglycerides (TG). For patients with TG of 400 mg/dL or less, LDL-C can be estimated using the following equation:

LDL-C = [Total-C] minus [HDL-C + TG/5]

For TG levels > 400 mg/dL, this equation is less accurate and LDL-C concentrations should be directly measured by preparative ultracentrifugation. In many hypertriglyceridemic patients, LDL-C may be low or normal despite elevated Total-C. In such cases, BAYCOL® (cerivastatin sodium tablets) is not indicated.

Lipid determinations should be performed at intervals of no less than four weeks.

The National Cholesterol Education Program (NCEP) Treatment Guidelines are summarized in Table 4.

**Table 4**

**National Cholesterol Education Program (NCEP) Treatment Guidelines**
**LDL-Cholesterol mg/dL (mmol/L)**

| Definite Atherosclerotic Disease* | Two or More Other Risk Factors** | Initiation Level*** | Goal |
|---|---|---|---|
| NO | NO | ≥ 190 (≥ 4.9) | < 160 (<4.1) |
| NO | YES | ≥ 160 (≥ 4.1) | < 130 (<3.4) |
| YES | YES or NO | ≥ 130 (≥ 3.4) | ≤ 100 (≤2.6) |

* Coronary heart disease or peripheral vascular disease (including symptomatic carotid artery disease).

** Other risk factors for coronary heart disease (CHD) include the following: age (males: ≥ 45 years; females: ≥ 55 years or premature menopause without estrogen replacement therapy); family history of premature CHD; current cigarette smoking; hypertension; confirmed HDL-C < 35 mg/dL (< 0.91 mmol/L); and diabetes mellitus. Subtract one risk factor if HDL-C is ≥ 60 mg/dL (≥ 1.6 mmol/L).

*** In CHD patients with LDL-C levels 100-129 mg/dL, the physician should exercise clinical judgment in deciding whether to initiate drug treatment.

At the time of hospitalization for an acute coronary event, consideration can be given to initiating drug therapy at discharge if the LDL-C level is ≥ 130 mg/dL (NCEP-ATP II).

Since the goal of treatment is to lower LDL-C, the NCEP recommends that LDL-C levels be used to initiate and assess treatment response. Only if LDL-C levels are not available, should the Total-C be used to monitor therapy.

Although BAYCOL® may be useful to reduce elevated LDL-cholesterol levels in patients with combined hypercholesterolemia and hypertriglyceridemia where hypercholesterolemia is the major abnormality (Type IIb hyperlipoproteinemia), it has not been studied in conditions where the major abnormality is elevation of chylomicrons, VLDL, or IDL (i.e., hyperlipoproteinemia types I, III, IV, or V).[1]

### CONTRAINDICATIONS

Active liver disease or unexplained persistent elevations of serum transaminases (See **WARNINGS**).

Concurrent treatment with gemfibrozil due to a risk for rhabdomyolysis (See **WARNINGS:** *Skeletal Muscle*).

Pregnancy and lactation: Atherosclerosis is a chronic process, and the discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Moreover, cholesterol and other products of the cholesterol biosynthesis pathway are essential components for fetal development, including synthesis of steroids and cell membranes. Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. **Cerivastatin sodium should be administered to women of child-bearing age only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** If the patient becomes pregnant while taking this drug, cerivastatin sodium should be discontinued and the patient should be apprised of the potential hazard to the fetus.

Hypersensitivity to any component of this medication.

### WARNINGS

***Liver Enzymes:*** HMG-CoA reductase inhibitors have been associated with biochemical abnormalities of liver function. Persistent increases of serum transaminase (ALT, AST) values to more than 3 times the upper limit of normal (occurring on two or more not necessarily sequential occasions, regardless of baseline status) have been reported in less than 0.5% of patients treated with cerivastatin sodium in the US over an average period of 14 months. The incidence of these abnormalities was 0.2%, 0.3%, and 0.4% for BAYCOL® 0.2, 0.3, and 0.4 mg, respectively. These abnormalities usually occurred within the first 6 months of treatment, usually resolved after discontinuation of the drug, and were not associated with cholestasis. In most cases, these biochemical abnormalities were asymptomatic.

**It is recommended that liver function tests be performed before the initiation of treatment, at 6 and 12 weeks after initiation of therapy or elevation in dose, and periodically thereafter, e.g., semiannually.** Patients who develop increased transaminase levels should be monitored with a second liver function evaluation to confirm the finding and be followed thereafter with frequent liver function tests until the abnormality(ies) return to normal. Should an increase in AST or ALT of three times the upper limit of normal or greater persist, withdrawal of cerivastatin sodium therapy is recommended.

Active liver disease or unexplained transaminase elevations are contraindications to the use of BAYCOL® (cerivastatin sodium tablets) (See **CONTRAINDICATIONS**). Caution should be exercised when cerivastatin sodium is administered to patients with a history of liver disease or heavy alcohol ingestion (See **CLINICAL PHARMACOLOGY: Pharmacokinetics/Metabolism**). Such patients should be started at the low end of the recommended dosing range and closely monitored.

***Skeletal Muscle:*** **Cases of rhabdomyolysis, some with acute renal failure secondary to myoglobinuria, have been reported with cerivastatin and other drugs in this class.** Myopathy, defined as muscle aching or muscle weakness, associated with increases in plasma creatine kinase (CK) values to greater than 10 times the upper limit of normal, was rare (<0.2%) in U.S. cerivastatin clinical trials. Myopathy should be considered in any patient with diffuse myalgias, muscle tenderness or weakness, and/or marked elevation of CK. Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. BAYCOL® (cerivastatin sodium tablets) therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. **BAYCOL® (cerivastatin sodium tablets) should be temporarily withheld in any patient experiencing an acute or serious condition predisposing to the development of renal failure secondary to rhabdomyolysis, e.g., sepsis; hypotension; major surgery; trauma; severe metabolic, endocrine or electrolyte disorders; or uncontrolled epilepsy.**

The risk of myopathy during treatment with HMG-CoA reductase inhibitors is increased with concurrent administration of

cyclosporine, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of niacin.

Uncomplicated myalgia has been observed infrequently in patients treated with cerivastatin sodium at rates that could not be distinguished from placebo.

The combined use of HMG-CoA reductase inhibitors and fibrates generally should be avoided. The use of fibrates alone may be associated with myopathy including rhabdomyolysis and associated renal failure. The combined use of cerivastatin and gemfibrozil is contraindicated due to a risk for rhabdomyolysis (See **CONTRAINDICATIONS**).

## PRECAUTIONS

**General:** Before instituting therapy with BAYCOL® (cerivastatin sodium tablets), an attempt should be made to control hypercholesterolemia with appropriate diet, exercise, weight reduction in obese patients, and treatment of underlying medical problems (See **INDICATIONS AND USAGE**).

Cerivastatin sodium may elevate creatine kinase and transaminase levels (See **ADVERSE REACTIONS**). This should be considered in the differential diagnosis of chest pain in a patient on therapy with cerivastatin sodium.

**Homozygous Familial Hypercholesterolemia:** Cerivastatin sodium has not been evaluated in patients with rare homozygous familial hypercholesterolemia. HMG-CoA reductase inhibitors have been reported to be less effective in these patients because they lack functional LDL receptors.

**Information for Patients:** Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever.

**Drug Interactions: Immunosuppressive Drugs, Fibric Acid Derivatives, Niacin (Nicotinic Acid), Erythromycin, Azole Antifungals:** See **WARNINGS:** *Skeletal Muscle.*

**ANTACID** (Magnesium-Aluminum Hydroxide): Cerivastatin plasma concentrations were not affected by co-administration of antacid.

**CIMETIDINE:** Cerivastatin plasma concentrations were not affected by co-administration of cimetidine.

**CHOLESTYRAMINE:** The influence of the bile-acid-sequestering agent cholestyramine on the pharmacokinetics of cerivastatin sodium was evaluated in 12 healthy males in 2 separate randomized crossover studies. In the first study, concomitant administration of 0.2 mg cerivastatin sodium and 12 g cholestyramine resulted in decreases of more than 22% for AUC and 40% for $C_{max}$ when compared to dosing cerivastatin sodium alone. However, in the second study, administration of 12 g cholestyramine 1 hour before the evening meal and 0.3 mg cerivastatin sodium approximately 4 hours after the same evening meal resulted in a decrease in the cerivastatin AUC of less than 8%, and a decrease in $C_{max}$ of about 30% when compared to dosing cerivastatin sodium alone. Therefore, it would be expected that a dosing schedule of cerivastatin sodium given at bedtime and cholestyramine given before the evening meal would not result in a significant decrease in the clinical effect of cerivastatin sodium.

**DIGOXIN:** Plasma digoxin levels and digoxin clearance at steady-state were not affected by co-administration of 0.2 mg cerivastatin sodium. Cerivastatin plasma concentrations were also not affected by co-administration of digoxin.

**WARFARIN:** Co-administration of warfarin and cerivastatin to healthy volunteers did not result in any changes in prothrombin time or clotting factor VII when compared to co-administration of warfarin and placebo. The AUC and $C_{max}$ of both the (R) and (S) isomers of warfarin were unaffected by concurrent dosing of 0.3 mg cerivastatin sodium. Co-administration of warfarin and cerivastatin did not alter the pharmacokinetics of cerivastatin sodium.

**ERYTHROMYCIN:** In hypercholesterolemic patients, steady-state cerivastatin AUC and $C_{max}$ increased approximately 50% and 24% respectively after 10 days with co-administration of erythromycin, a known inhibitor of cytochrome P450 3A4.

**ITRACONAZOLE:** In hypercholesterolemic patients, following a 0.3 mg dose of cerivastatin, steady-state cerivastatin AUC and $C_{max}$ increased 38% and 12%, respectively after 10 days with co-administration of 200 mg itraconazole, a potent inhibitor of cytochrome P450 3A4. Cerivastatin half-life was approximately 5 hours (a 64% increase) following co-administration with intraconazole, which would not lead to accumulation of cerivastatin upon multiple dosing. The administration of 0.3 mg of cerivastatin concomitantly with itraconazole has no effect on itraconazole pharmacokinetics.

**Endocrine Function:** HMG-CoA reductase inhibitors interfere with cholesterol synthesis and lower cholesterol levels and, as such, might theoretically blunt adrenal or gonadal steroid hormone production.

Clinical studies have shown that cerivastatin sodium has no adverse effect on sperm production and does not reduce basal plasma cortisol concentration, impair adrenal reserve or have an adverse effect on thyroid metabolism as assessed by TSH. Results of clinical trials with drugs in this class have been inconsistent with regard to drug effect on basal and reserve steroid levels. The effects of HMG-CoA reductase inhibitors on male fertility have not been studied in adequate numbers of male patients. The effects, if any, on the pituitary-gonadal axis in pre-menopausal women are unknown.

Patients treated with cerivastatin sodium who develop clinical evidence of endocrine dysfunction should be evaluated appropriately. Caution should be exercised if an HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered to patients also receiving other drugs that may decrease the levels or activity of endogenous steroid hormones, e.g., ketoconazole, spironolactone, or cimetidine.

**GEMFIBROZIL:** The potential for clinically relevant interaction between gemfibrozil and cerivastatin has not been assessed in clinical trials. However, during postmarketing surveillance, patients on cerivastatin who experienced rhabdomyolysis and associated renal failure, were in most cases also taking gemfibrozil. (See **CONTRAINDICATIONS** and **WARNINGS:** *Skeletal Muscle*)

**CNS and other Toxicities:** Chronic administration of cerivastatin to rodent and non-rodent species demonstrated the principal toxicologic targets and effects observed with other HMG-CoA reductase inhibitors: Hemorrhage and edema in multiple organs and tissues including CNS (dogs); cataracts (dogs); degeneration of muscle fibers (dogs, rats, and mice); hyperkeratosis in the non-glandular stomach (rats and mice, this organ has no human equivalent); liver lesions (dogs, rats, and mice). CNS lesions were characterized by multifocal bleeding with fibrinoid degeneration of vessel walls in the plexus chorioideus of the brain stem and in the ciliary body of the eye at 0.1 mg/kg/day in the dog. This dose resulted in plasma levels of cerivastatin ($C_{max}$), that were about 20 times higher than the mean values in humans taking 0.4 mg/day. No CNS lesions were observed after chronic treatment with cerivastatin for up to two years in the mouse ($C_{max}$ up to 10 times human exposure) and rat ($C_{max}$ in the range of human exposure).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** A 2-year study was conducted in rats at average daily doses of cerivastatin of 0.007, 0.034, or 0.158 mg/kg. The high dosage level corresponded to plasma drug levels (AUC) in the range of human exposure after a 0.4 mg daily oral dose. Tumor incidences of treated rats were comparable to controls in all treatment groups. In a 2-year carcinogenicity study in mice with average daily doses of cerivastatin of 0.4, 1.8, 9.1, or 55 mg/kg hepatocellular adenomas were significantly increased in male and female mice at ≥ 9.1 mg/kg and hepatocellular carcinomas were significantly increased in male mice at ≥ 1.8 mg/kg. These doses were in the range of human exposure (AUC, dose of 0.4 mg/day).

No evidence of genotoxicity was observed *in vitro* with or without metabolic activation in the following assays: microbial mutagen tests using mutant strains of *S. typhimurium* or *E. coli*, Chinese Hamster Ovary Forward Mutation Assay, Unscheduled DNA Synthesis in rat primary hepatocytes, chromosome aberrations in Chinese Hamster Ovary cells, and spindle inhibition in human lymphocytes. In addition, there was no evidence of genotoxicity *in vivo* in a mouse Micronucleus Test; there was equivocal evidence of mutagenicity in a mouse Dominant Lethal Test.

In a combined male and female rat fertility study, cerivastatin had no adverse effects on fertility or reproductive performance at doses up to 0.1 mg/kg/day ($C_{max}$ in the range of human exposure). At a dose of 0.3 mg/kg/day ($C_{max}$ about 2 times human exposure), the length of gestation was marginally prolonged, stillbirths were increased, and the survival rate up to day 4 postpartum was decreased. In the fetuses (F1), a marginal reduction in fetal weight and delay in bone development was observed. In the mating of the F1 generation, there was a reduced number of female rats that littered.

In the testicles of dogs treated chronically with cerivastatin at a dose of 0.008 mg/kg/day ($C_{max}$ in the range of human exposure), atrophy, vacuolization of the germinal epithelium, spermatidic giant cells, and focal oligospermia were observed. In another 1-year study in dogs treated with 0.1 mg/kg/day ($C_{max}$ about 20 times human exposure), ejaculate volume was small and libido was decreased. Semen analysis revealed an increased number of morphologically altered spermatozoa indicating disturbances of epididymal sperm maturation that was reversible when drug administration was discontinued.

**Pregnancy: Pregnancy Category X:** (See **CONTRAINDICATIONS**): Cerivastatin caused a significant increase in incomplete ossification of the lumbar center of the vertebrae in rats at an oral dose of 0.72 mg/kg. Cerivastatin did not cause any anomalies or malformations in rabbits at oral doses up to 0.75 mg/kg. These doses resulted in plasma levels ($C_{max}$) about 5 times the human exposure (dose 0.4 mg) for rats and 3 times the human exposure ($C_{max}$) for rabbits. Cerivastatin crossed the placenta and was found in fetal liver, gastrointestinal tract, and kidneys when pregnant rats were given a single oral dose of 2 mg/kg.

Safety in pregnant women has not been established. **Cerivastatin should be administered to women of child-bearing potential only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** Rare reports of congenital anomalies have been received following intrauterine exposure to other HMG-CoA reductase inhibitors. In a review of approximately 100 prospectively followed pregnancies in women exposed to simvastatin or lovastatin, the incidences of congenital anomalies, spontaneous abortions and fetal deaths/stillbirths did not exceed what would be expected in the general population. The number of cases is adequate only to exclude a three- to four-fold increase in congenital anomalies over the background incidence. In 89% of the prospectively followed pregnancies, drug treatment was initiated prior to pregnancy and was discontinued at some point in the first trimester when pregnancy was identified. As safety in pregnant women has not been established and there is no apparent benefit to therapy with BAYCOL® during pregnancy (See **CONTRAINDICATIONS**), treatment should be immediately discontinued as soon as pregnancy is recognized. If a women becomes pregnant while taking cerivastatin, the drug should be discontinued and the patient advised again as to potential hazards to the fetus.

**Nursing Mothers:** Based on preclinical data, cerivastatin is present in breast milk in a 1.3:1 ratio (milk:plasma). Because of the potential for serious adverse reactions in nursing infants, nursing women should not take cerivastatin (See **CONTRAINDICATIONS**).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In clinical pharmacology studies, there were no clinically relevant effects of age on the pharmacokinetics of cerivastatin sodium.

**Renal Insufficiency:** Patients with significant renal impairment ($Cl_{cr}$ ≤ 60 mL/min/1.73m²) have increased AUC (up to 60%) and $C_{max}$ (up to 23%) and should be administered BAYCOL® with caution.

**Hepatic Insufficiency:** *Safety and effectiveness in hepatically impaired patients have not been established.* Cerivastatin should be used with caution in patients who have a history of liver disease and/or consume substantial quantities of alcohol (See **CONTRAINDICATIONS** and **WARNINGS**).

## ADVERSE REACTIONS

Cerivastatin sodium has been evaluated for adverse events in more than 4,000 patients worldwide and is generally well-tolerated. In the U.S. placebo-controlled clinical studies, discontinuations due to adverse events occurred in 2.8% of cerivastatin sodium treated patients and in 2.2% of patients treated with placebo. Adverse reactions have usually been mild and transient.

**Clinical Adverse Experiences:** Adverse experiences occurring with a frequency ≥2% for marketed doses of cerivastatin sodium, regardless of causality assessment, in U.S. placebo-controlled clinical studies, are shown in Table 5 below:

**Table 5**
**Adverse Experiences Occurring in ≥2% of Patients in U.S. Placebo-Controlled Clinical Studies**

| | BAYCOL® (n = 1,263) | Placebo (n = 504) | | BAYCOL® (n = 1,263) | Placebo (n = 504) |
|---|---|---|---|---|---|
| Any Event | 65.3% | 64.5% | **Musculo-Skeletal** | | |
| **Body as a Whole** | | | Arthralgia | 4.4% | 3.6% |
| Headache | 9.8% | 10.7% | Myalgia | 2.3% | 1.8% |
| Accidental Injury | 5.1% | 6.3% | **Nervous** | | |
| Flu Syndrome | 4.6% | 7.7% | Dizziness | 2.1% | 2.4% |
| Abdominal Pain | 3.0% | 3.2% | Insomnia | 2.0% | 1.0% |
| Asthenia | 3.1% | 2.0% | **Respiratory** | | |
| Chest Pain | 2.2% | 2.4% | Pharyngitis | 12.7% | 15.3% |
| Back Pain | 4.0% | 4.8% | Rhinitis | 10.8% | 12.7% |
| **Digestive** | | | Sinusitis | 6.3% | 6.3% |
| Dyspepsia | 4.2% | 6.0% | Cough Increased | 2.4% | 2.2% |
| Diarrhea | 3.3% | 4.2% | Bronchitis | 1.7% | 2.8% |
| Flatulence | 2.5% | 2.6% | **Skin and Appendages** | | |
| Nausea | 2.7% | 3.2% | Rash | 3.0% | 5.4% |
| Constipation | 2.1% | 2.6% | | | |

The following effects have been reported with drugs in this class; not all effects listed below have necessarily been associated with cerivastatin therapy.

*Skeletal: myopathy, muscle cramps, rhabdomyolysis, arthralgias, myalgia.*

*Neurological:* dysfunction of certain cranial nerves (including alteration of taste, impairment of extra-ocular movement, facial paresis), tremor, dizziness, memory loss, vertigo, paresthesia, peripheral neuropathy, peripheral nerve palsy, anxiety, *insomnia, depression, psychic disturbances.*

*Hypersensitivity Reactions:* An apparent hypersensitivity syndrome has been reported rarely that included one or more of the following features: anaphylaxis, angioedema, lupus erythematosus-like syndrome, polymyalgia rheumatica, dermatomyositis, vasculitis, purpura, thrombocytopenia, *leukopenia, hemolytic anemia, positive* ANA, ESR *increase, eosinophilia, arthritis,* arthralgia, *urticaria, asthenia, photosensitivity, fever,* chills, flushing, malaise, dyspnea, toxic epidermal necrolysis, erythema multiforme, including Stevens-Johnson syndrome.

*Gastrointestinal:* pancreatitis, hepatitis, including chronic active hepatitis, *cholestatic jaundice, fatty change in liver,* and, rarely, cirrhosis, fulminant hepatic necrosis, *and hepatoma; anorexia, vomiting.*

*Skin:* alopecia, pruritus. A variety of skin changes, (e.g., nodules, discoloration, dryness of skin/mucous membranes, changes to hair/nails), have been reported.

*Reproductive:* gynecomastia, loss of libido, erectile dysfunction.

*Eye:* progression of cataracts (lens opacities), ophthalmoplegia.

*Laboratory Abnormalities:* elevated transaminases, alkaline phosphatase, γ-glutamyl transpeptidase, and bilirubin; thyroid function abnormalities.

**Post-Marketing Adverse Event Reports:** The following events have been reported since market introduction. While these events were temporally associated with the use of BAYCOL®, a casual relationship to the use of BAYCOL® cannot be readily determined due to the spontaneous nature of reporting of medical events, and the lack of controls: hepatitis, myositis, rhabdomyolysis, some with associated renal failure (most cases involved concomitant gemfibrozil), urticaria, angioedema, visual disturbance, blurred vision.

**Concomitant Therapy:** In studies where cerivastatin sodium has been administered concomitantly with cholestyramine, *no adverse reactions unique* to this combination or in addition to those previously reported for this class of drugs were reported. Myopathy and rhabdomyolysis (with or without acute renal failure) have been reported when HMG-CoA reductase inhibitors are used in combination with immunosuppressive drugs, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of nicotinic acid. Concomitant therapy with HMG-CoA reductase inhibitors and these agents is generally not recommended (See **WARNINGS:** *Skeletal Muscle*). Concurrent treatment with gemfibrozil is contraindicated (See **CONTRAINDICATIONS** and **WARNINGS:** *Skeletal Muscle*).

## OVERDOSAGE

The maximum single oral dose of cerivastatin sodium received by healthy volunteers and patients is 0.8 mg.

No specific recommendations concerning the treatment of an overdosage can be made. Should an overdose occur, it should be treated symptomatically and supportive measures should be undertaken as required.

Dialysis of cerivastatin sodium is not expected to significantly enhance clearance since the drug is extensively (99%) *bound to plasma proteins.*

## DOSAGE AND ADMINISTRATION

The patient should be placed on a standard cholesterol-lowering diet *before receiving cerivastatin sodium and should continue* on this diet during treatment with cerivastatin sodium. (See NCEP Treatment Guidelines for details on dietary therapy.)

The recommended dose is 0.4 mg once daily in the evening. Cerivastatin sodium may be taken with or without food. In patients with significant renal impairment (creatinine clearance ≤60 mL/min/1.73m² ) *lower doses are recommended.*

Since the maximal effect of cerivastatin sodium is seen within 4 weeks, lipid determinations should be performed at this time.

**Concomitant Therapy:** The lipid-lowering effects on LDL-C and Total-C are additive when cerivastatin sodium is combined with a bile-acid-binding resin. When co-administering cerivastatin sodium and a bile-acid-exchange resin, e.g., cholestyramine, cerivastatin sodium should be given at least 2 hours after the resin (See also **ADVERSE REACTIONS:** *Concomitant Therapy*).

**Dosage in Patients with Renal Insufficiency:** No dose adjustment is necessary for patients with mild renal dysfunction ($Cl_{cr}$ 61-90 mL/min/1.73m²). For patients with moderate or severe renal dysfunction, a starting dose of 0.2 mg or 0.3 mg is recommended (See **CLINICAL PHARMACOLOGY** - Special Populations - Renal).

## HOW SUPPLIED

**BAYCOL® (cerivastatin sodium tablets)** is supplied as 0.2-mg, 0.3-mg, and 0.4-mg tablets. The different tablet strengths *can be identified as follows:*

| Strength | Color | Markings | |
|---|---|---|---|
| | | Front | Back |
| 0.2 mg | light yellow | 283 | 200 MCG |
| 0.3 mg | yellow brown | 284 | 300 MCG |
| 0.4 mg | ocher | 285 | 400 MCG |

**BAYCOL® (cerivastatin sodium tablets)** *is supplied as follows:*

| | | |
|---|---|---|
| Bottles of 30: | 0.4 mg | (NDC 0026-2885-69) |
| Bottles of 100: | 0.2 mg | (NDC 0026-2883-51) |
| | 0.3 mg | (NDC 0026-2884-51) |
| | 0.4 mg | (NDC 0026-2885-51) |

The tablets should be protected from moisture and stored below 77°F (25°C). Dispense in tight containers.

**References:**

[1] **Classification of Hyperlipoproteinemias**

| Type | Lipoproteins Elevated | Lipid Elevations major | Lipid Elevations minor |
|---|---|---|---|
| I (rare) | chylomicrons | TG | ↑→C |
| IIa | LDL | C | – |
| IIb | LDL,VLDL | C | TG |
| III (rare) | IDL | C/TG | – |
| IV | VLDL | TG | ↑→C |
| V (rare) | chylomicrons, VLDL | TG | ↑→C |

C=cholesterol, TG=triglycerides, LDL=low-density lipoprotein,
VLDL= very-low-density lipoprotein, IDL=intermediate-density lipoprotein.

Bayer Corporation
Pharmaceutical Division
400 Morgan Lane
West Haven, CT 06516 USA
*Made in Germany*

**℞ Only**

PZ500152 12/99 © 1999 Bayer Corporation 9393 *Printed in USA*