# Exhibit J

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 20-740/S-003

JAN 4 1999

Bayer Corporation Pharmaceutical Division
Attention: Nancy C. Motola, Ph.D
Deputy Director, Regulatory Affairs
400 Morgan Lane
West Haven, CT 06516

Dear Dr. Motola:

Please refer to your supplemental new drug application dated July 21, 1998, received July 22, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Baycol (cerivastatin sodium tablets).

We acknowledge receipt of your submissions dated July 27, August 31, and September 28, 1998.

We note that this supplement was submitted as a 'Special Supplement - Changes Being Effected' under 21 CFR 314.70(c).

This supplemental new drug application provides labeling changes in draft form to the CLINICAL PHARMACOLOGY, INDICATIONS AND USAGE, WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS sections of the Baycol package insert. These changes include:

**CLINICAL PHARMACOLOGY**

In the Pharmacokinetics: Metabolism sections "benzylic methyl ether" was changed to "pyridilic methyl ether".

**INDICATIONS AND USAGE**

In Table 2-NCEP Treatment Guidelines:
The last entry in the "Goal" column was corrected to "≤ 100 (≤2.6)".

**WARNINGS**

Under the Skeletal Muscle subsection, the wording of the first sentence has been changed to "Rare cases of rhabdomyolysis (some with acute renal failure secondary to myoglobinuria) have been reported with cerivastatin and other drugs in this class." The wording was changed

from "Rare cases of rhabdomyolysis with acute renal failure secondary to myoglobinuria have been reported with other HMG CoA reductase inhibitors."

**PRECAUTIONS**

The section titled "Other Concomitant Therapy" under the DRUG INTERACTIONS subsection has been deleted.

**ADVERSE REACTIONS**

Addition of the following section:
"Post-Marketing Adverse Event Reports: The following events have been reported since market introduction. While these events were temporally associated with the use of Baycol, a causal relationship to the use of Baycol cannot be readily determined due to the spontaneous nature of reporting of medical events, and the lack of controls: hepatitis, myositis, rhabdomyolysis, some with associated renal failure (most cases involved concomitant gemfibrozil), urticaria, angioedemia, visual disturbance, blurred vision."

We have completed the review of this supplemental application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon labeling text. Accordingly, the supplemental application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert submitted September 28, 1998). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved supplement NDA 20-740/S-003." Approval of this submission by FDA is not required before the labeling is used.

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Practitioner" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD 20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Margaret Simoneau, R.Ph , Regulatory Management Officer, at (301) 827-6418.

Sincerely,

Solomon Sobel, M.D.
Director
Division of Metabolic and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

ENTERED 30116

NDA 20-740/S-019

0109326

RECEIVED MAY 24 2001

Bayer Pharmaceutical Division
Attention: Frederich K. Sundermann
Deputy Director, Regulatory Affairs
400 Morgan Lane
West Haven, CT 06516-4175

Dear Mr. Sundermann:

Please refer to your supplemental new drug application dated April 30, 2001, received May 3, 2001, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Baycol (cerivastatin sodium) tablets.

We acknowledge receipt of your submissions dated May 7, 14, and 17, 2001.

This "Changes Being Effected" supplemental new drug application provides revisions to the **WARNINGS**- Skeletal Muscle, **DOSAGE AND ADMINISTRATION**, and **Patient Information about Baycol** sections of the package insert and patient package insert to emphasize that the starting dose for Baycol is 0.4 mg. The specific changes are as follows:

To the **WARNINGS,** Skeletal Muscle section, the following sentence has been added:

> Beginning therapy above the 0.4 mg starting dose increases the risk of myopathy and rhabdomyolysis.

To the **DOSAGE AND ADMINISTRATION** section, the following paragraph has been added:

> The starting-dose of BAYCOL® is 0.4 mg once daily in the evening regardless of previous lipid therapy. Since the maximal effect of cerivastatin sodium is seen within 4 weeks lipid determinations should be performed at this time and the dose adjusted based upon patient response. Only patients requiring further lipid adjustment should be titrated to 0.8 mg. The dosage range is 0.2 mg to 0.8 mg. In patients with significant renal impairment (creatinine clearance $\leq$60 mL/min/1.73m$^2$ ) lower doses are recommended.

To the **Patient Information about Baycol** section, the following sentence has been added:

> If you are taking Baycol for the first time, your daily dose should be 0.4 mg or lower.

We have completed the review of this supplemental application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon labeling text. Accordingly, the supplemental application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert submitted May 14, 2001, patient package insert submitted May 14, 2001).

Please submit the copies of final printed labeling (FPL) electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDA* (January 1999). Alternatively, you may submit 20 paper copies of the FPL as soon as it is available but no more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved supplement NDA 20-740/S-019." Approval of this submission by FDA is not required before the labeling is used.

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Professional" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD 20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Margaret Simoneau, R.Ph., Regulatory Project Manager, at (301) 827-6418.

Sincerely,

*{See appended electronic signature page}*

David G. Orloff, M.D.
Director
Division of Metabolic and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

Food and Drug Administration
Rockville MD 20857

NDA 20-740/S-014

Bayer Corporation
Attention: William E. Maguire
Director, Clinical Quality Compliance
400 Morgan Lane
West Haven, Connecticut 06516-4175

OCT 6 2000

Dear Mr. Maguire:

Please refer to your supplemental new drug application dated August 23, 2000, received August 24, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Baycol (cerivastatin sodium).

We acknowledge receipt of your submissions dated September 25 and October 16, 2000.

This supplemental new drug application provides for the addition of a Patient Package Insert to the labeling for this product.

We have completed the review of this supplemental application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon labeling text. Accordingly, the supplemental application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (patient package insert submitted October 16, 2000).

Please submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. Alternatively, you may submit the FPL electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDAs* (January 1999). For administrative purposes, this submission should be designated "FPL for approved supplement NDA 20-740/S-014." Approval of this submission by FDA is not required before the labeling is used.

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Practitioner" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD 20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call William C. Koch, R.Ph., Regulatory Project Manager, at (301) 827-6412.

Sincerely,

David G. Orloff, M.D.
Director
Division of Metabolic
and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

# Exhibit K

E-SERVED 06/02/2003 10:14 PM EDT Baycol JCCP

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 05/30/03 | DEPT. 307 |
| HONORABLE WENDELL MORTIMER, JR. JUDGE | G. CAMPBELL DEPUTY CLERK |
| HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A. Deputy Sheriff | L. BICHE' Reporter |

10:01 am JCCP4217

BAYCOL CASES

Coordination Proceeding Special Title (Rule 1550(b))

JCCP4223

Plaintiff Counsel: MARK ROBINSON (X)
STEVE SKIKOS (X)
ARTHUR SHERMAN (X)

Defendant Counsel: SIDLEY AUSTIN
BY: CATHERINE BARRAD (X)
AND: ANN TURK (X)
AND: B. SNATORELLI (X)

**NATURE OF PROCEEDINGS:**

1) MOTION OF DEFENDANT SMITHKLINE BEECHAM TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT;

2) MOTION OF DEFENDANT BAYER CORP. TO COMPEL PLAINTIFF FACT SHEETS AND AUTHORIZATIONS PURSUANT TO STIPULATION AND ORDER RE: PLAINTIFF FACT SHEETS, AUTHORIZATIONS AND PRODUCTION OF MEDICAL RECORDS;

3) FURTHER STATUS CONFERENCE/TRIAL SETTING CONFERENCE;

* * * * * * * * * * * * * * * * * * * * * * * * *

ADDITIONAL APPEARANCES:
GANCEDO & NIEVES
BY: TINA NIEVES (X)
AND: MELANIE SAVARESE (X)
AND: DONN CHRISTENSEN (X)
LIEFF CABRASER
BY: RICHARD FRANCO (X)
GIRARDI & KEESE
BY: BENJAMIN AMMERMAN (X)
LEWIS BRISBOIS
BY: SUREKHA PESSIS (X)
REED SMITH
BY: AMANDA MURRAY (X)
SEDGWICK DETERT
BY: WENDY TUCKER (X)
SCHMID & VOILES
BY: ROBERT FESSINGER (X)
RANDOLPH EVEN & ASSOCIATES
BY: DAVID ARKUSS (X)
WILLIAM LEVIN (X)
KERN & GONZALEZ
BY: SUE JUNN (X)
DRINKER BIDDLE REATH
BY: THOMAS MOORE (X)
AND: MARIO HORWITZ (X)
PHILIP BOURDETTE (X)
MIRIAM BOURDETTE (X)
SHOOK HARDY
BY: PAUL LA SCALA (X)
BONNE BRIDGES
BY: CANDIE CHANG (X)
DUMMIT FABER
BY: PEDRAM MANSOURI (x)
PRINDLE DECKER
BY: STEVE KLAUSEN (X)
BLUMENTHAL & MARKHAM
BY: KYLE NORDREHAUG (X)
REBACK MCANDREWS



MINUTES ENTERED
05/30/03
COUNTY CLERK

SERVED 06/02/2003 10:14 PM EDT Baycol JCCP

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 05/30/03 | DEPT. 307

HONORABLE WENDELL MORTIMER, JR. JUDGE | G. CAMPBELL DEPUTY CLERK

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

R. SANCHEZ, C.A. Deputy Sheriff | L. BICHE' Reporter

10:01 am JCCP4217

BAYCOL CASES

Coordination Proceeding Special Title (Rule 1550(b))

JCCP4223

Plaintiff Counsel: MARK ROBINSON (X)
STEVE SKIKOS (X)
ARTHUR SHERMAN (X)

Defendant Counsel: SIDLEY AUSTIN
BY: CATHERINE BARRAD (X)
AND: ANN TURK (X)
AND: B. SNATORELLI (X)

**NATURE OF PROCEEDINGS:**

LA FOLLETTE JOHNSON
BY: PETER THEOPHILOS (X)
DAVIS GRASS
BY: STEVEN GOLDSTEIN (X)
DI CARO COPPO
BY: MICHAEL POPCKE (X)
BY: CARRIE RUELBACH (X)
KELLER PRICE MOORHEAD
BY: J.P. MOORHEAD (X)
TUVERSON & HILLYARD
BY: MARISA TERRILL (X)

APPEARANCES VIA COURTCALL:

COTCHETT PITRE
BY: CHRISTINE SCHENONE (X)
DUNN ROGASKI
BY: LINDA SCHAAP (X)
LONAHAN & REILLEY
BY: JEREMY FIETZ (X)
NEIL DYMOTT
BY: TRACEY MOSS (X)
HINSHAW DREA
BY: LORIE KRUSE (X)
MIDDLEBROCK KAISER
BY: JOHN DORIGAN (X)
L.A. COUNTY COUNSEL
BY: GREGORY HARVEY (X)
RIGGIO MORDAUNT
BY: TANIA COLDERBANK (X)
KATHRYN CONNELLY (X)
DRYDEN MARGOLES
BY: SUSAN FOE (X)
FLEER DAUGHERTY
BY: AMY TINETTI (X)
GILLIN JACOBSON
BY: LUKE ELLIS (X)
BOOMAZIAN JENSEN
BY: JOANNA MAINO (X)
KELLEY HERLIHY
BY: J. SCHREIBSTEIN (X)
O'DONNELL & SMITH
BY: JAMES O'DONNELL (x)
REED SMITH
BY: STEVEN BORANIAN (X)
SUSSON & PARRETT
BY: MAXINE MORISAKI (X)

* * * * * * * * * * * * * * * * * * * * * * * * *

1) Defendant SmithKline's Motion to Strike Portions of First Amended Consolidated Class Action Complaint is argued and taken under submission.
2) Defendant Bayer's Motion to Compel Plaintiff Fact Sheets is granted as to ten cases listed in the Order, which is signed and filed this date as modified.



MINUTES ENTERED
05/30/03
COUNTY CLERK

eSERVED 06/02/2003 10:14 PM EDT Served JCCP

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | |
|---|---|---|---|
| DATE: 05/30/03 | | | DEPT. 307 |
| HONORABLE WENDELL MORTIMER, JR. | JUDGE | G. CAMPBELL | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A. | Deputy Sheriff | L. BICHE' | Reporter |

| | | | |
|---|---|---|---|
| 10:01 am | JCCP4217<br><br>BAYCOL CASES<br><br>Coordination Proceeding Special Title (Rule 1550(b))<br><br>JCCP4223 | Plaintiff Counsel<br><br>Defendant Counsel | MARK ROBINSON (X)<br>STEVE SKIKOS (X)<br>ARTHUR SHERMAN (X)<br><br>SIDLEY AUSTIN<br>BY: CATHERINE BARRAD (X)<br>AND: ANN TURK (X)<br>AND: B. SNATORELLI (X) |

**NATURE OF PROCEEDINGS:**

Various plaintiff's counsel make statement to the Court as to compliance with fact sheets, as reflected in the notes of the official court reporter.
3) Status Conference held. As to Demurrers set for July 25, 2003, Motions are to be filed by June 20, 2003. As to Defendant's Third Motion to Strike, also to be heard July 25, 2003, briefing schedule is as follows: Motions to be filed by June 20; Oppositions by July 2; Replies by July 11. Counsel discuss the Early Settlement Program as regards Groups 1 and 2. Lead defense counsel Catherine Barrad requests, and is granted, permission to post list on Verilaw as to this issue, as reflected in the notes of the official court reporter. Ex Parte Application by Scott and Stoops plaintiffs is filed and taken under submission.

The Court and counsel discuss the status of proposed Case Management Order No. 8. A Further Status Conference re: proposed Case Management Order No. 8 is set for July 11, 2003 at 10:00 a.m. in Department 307. Counsel are to file a proposed Case Management Order No. 8, or their reports on this issue, by July 8, 2003.

Defendant to give notice.

LATER:. Court rules on submitted matter as follows:
1) Civil Code Section 1782(a) requires a 30-day notice before commencement of an action for damages. That was not done here. To allow plaintiffs to later give notice and then amende the complaint would render the



MINUTES ENTERED
05/30/03
COUNTY CLERK

E-SERVED 06/02/2003 10:14 PM EDT BAYCOL JCCP

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 05/30/03 DEPT. 307

HONORABLE WENDELL MORTIMER, JR. JUDGE G. CAMPBELL DEPUTY CLERK

HONORABLE JUDGE PRO TEM ELECTRONIC RECORDING MONITOR

R. SANCHEZ, C.A. Deputy Sheriff L. BICHE' Reporter

| | | | |
|---|---|---|---|
| 10:01 am | JCCP4217<br><br>BAYCOL CASES<br><br>Coordination Proceeding Special Title (Rule 1550(b))<br><br>JCCP4223 | Plaintiff Counsel<br><br>Defendant Counsel | MARK ROBINSON (X)<br>STEVE SKIKOS (X)<br>ARTHUR SHERMAN (X)<br><br>SIDLEY AUSTIN<br>BY: CATHERINE BARRAD (X)<br>AND: ANN TURK (X)<br>AND: B. SNATORELLI (X) |

**NATURE OF PROCEEDINGS:**

mandatory notice requirement meaningless. Motion is granted. Paragraph 62 is stricken. In the prayer, paragraph D is stricken as it applies to the third cause of action.
2) Motion granted as revised in the Order signed this date.
3) Ex parte Motion by the Scott and Stoops plaintiffs: The Court finds that said plaintiffs did not comply with the clear requirements of Case Management Order No. 6, Paragraph III. To allow them to circumvent the provisions would work to the detriment of other plaintiffs who did comply. Motion denied.

Notice of this minute order is served electronically by posting on the Verilaw website on date and time as reflected in the facsimile confirmation sheet attached to the original minute order and placed in court file.



MINUTES ENTERED
05/30/03
COUNTY CLERK

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013-1010.

On February 24, 2006, I served the foregoing document described as **Request for Judicial Notice** on interested parties in this action through the use of the California Baycol Website maintained by LexisNexis File & Serve. I caused the foregoing document to be transmitted to LexisNexis, Inc. for electronic service in the following manner (check one box):

☒ I provided the document(s) listed above electronically to LexisNexis through the LexisNexis File & Serve website pursuant to the instructions on that website. [If the document is provided to LexisNexis File & Serve electronically by 11:00 p.m., then the document will be deemed served on the date that it was provided to LexisNexis.]

☐ I provided the document(s) listed above by facsimile transmission to LexisNexis pursuant to the instructions on the LexisNexis File & Serve website and using the facsimile cover page generated through the system website for this document. [*The document will be deemed served on the earlier of (i) the date the electronic message from LexisNexis File & Serve indicating that the document has been served; or (ii) one day after facsimile to LexisNexis File & Serve as attested to in this proof of service.*]

☐ I provided the document(s) listed above on the date shown above to an overnight delivery service for delivery the next day to LexisNexis, accompanied by the cover sheet generated by the LexisNexis File & Serve website pursuant to the instructions for providing documents by hard copy. [*The document will be deemed served on the earlier of (i) the date the electronic message from LexisNexis File & Serve indicating that the document has been served; or (ii) one day after delivery to the overnight service as attested to in this proof of service.*] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 24, 2006 at Los Angeles, California.

Eva A. Fitzhugh

Eva A. Fitzhugh