**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | |
| *Joseph Elich v. Bayer AG, et al.* | Case No. 02-0434 |

# LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

I, Susan A. Weber, certify that Defendant's Memorandum in Support of Motion for Summary Judgment complies with Local Rule 7.1(c).

I further certify that Microsoft Office Word 2003 was used in preparation of this memorandum, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 7,601 words.

Dated: March 28, 2007

Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG