UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* — MDL No. 1431 (MJD/SRN)

This Document Relates to:

*Joseph Elich v. Bayer AG, et al.* — Case No. 02-0434

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the above-captioned action against defendants may be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs.

Dated: 4/23/07

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
1050 30th Street N.W.
Washington, DC 20007
(202) 337-8000

Sean M. Foldenauer
THE FOLDENAUER LAW FIRM
757 W. Ivy Street
San Diego, CA 92101
(619) 564-8877

Patrick N. Keegan
KEEGAN MACALUSO & BAKER LLP
4370 La Jolla Drive, Suite 640
San Diego, CA 92122
(858) 552-6750

*Counsel for Plaintiff*

SCANNED
APR 2 7 2007
U.S. DISTRICT COURT MPLS

Dated: 4/23/07

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN
& MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

DATED: APR 26 2007

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Elich*, No. 02-0434